UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JEREMIE RYAN OVERSTREET,

Plaintiff - Appellant,

v.

HOWARD E. MOSELEY, Associate Director, Sacramento Appeals Office,

Defendant - Appellee.

No. 26-2047

D.C. No.
2:24-cv-00942-DJC-AC
Eastern District of California, Sacramento

ORDER

The motion (Docket Entry No. 17) for an extension of time to respond to the May 29, 2026 order is granted. The response is due July 17, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT